IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 10-62261 |
| | ) | Chapter 7 |
| Kurt Bruce Arnold, IV | ) | |
| | ) | |
| Debtor(s). | ) | Judge Russ Kendig |
| | ) | |
| | | NOTICE OF SUBMISSION |
| | | OF PAYROLL ADVICES |

    Now comes the above-captioned debtor, by and through the undersigned counsel, who hereby gives notice of the submission of payroll advices received by him within 60 days prior to filing the petition, attached hereto.

    Respectfully Submitted,

    /s/ Robert M. Whittington, Jr. 0007851
    159 S. Main St., Suite 1023
    Akron, OH 44308
    330 384 8484
    fax 330 384 8953
    elkwhitt@neo.rr.com

# Akron Pizza Incorporated — 005
## Gross-to-Net Summary
Check Date Range 01/01/2010 thru 12/31/2010

**Home Corporation is 10 - North Coast Pizza Inc.**

| Employee ID | Name | Check Status | Check Date | Base Pay | Premium Pay | Reimb Pay | Tax Only Pay | Total Gross | Federal Tax | Social Security Medicare | State Tax | Local Tax | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ARNOLD IV, KURT B | Regular | 01/08/2010 | 312.73 | 0.00 | 0.00 | 56.00 | 368.73 | 13.60 | 28.21 | 3.16 | 8.30 | 0.00 | 259.46 |
| | ARNOLD IV, KURT B | Regular | 01/22/2010 | 526.12 | 0.00 | 0.00 | 129.00 | 655.12 | 54.95 | 50.12 | 10.29 | 14.74 | 0.00 | 396.02 |
| | ARNOLD IV, KURT B | Regular | 02/05/2010 | 524.00 | 0.00 | 0.00 | 85.00 | 609.00 | 48.03 | 46.59 | 8.81 | 13.70 | 0.00 | 406.87 |
| | ARNOLD IV, KURT B | Regular | 02/19/2010 | 576.84 | 21.68 | 0.00 | 115.00 | 713.52 | 63.71 | 54.59 | 12.15 | 16.05 | 0.00 | 452.02 |
| | ARNOLD IV, KURT B | Regular | 03/05/2010 | 589.62 | 5.00 | 0.00 | 70.00 | 664.62 | 56.38 | 50.85 | 10.59 | 14.95 | 0.00 | 461.85 |
| | ARNOLD IV, KURT B | Regular | 03/19/2010 | 595.10 | 28.40 | 0.00 | 85.00 | 708.50 | 62.96 | 54.20 | 11.99 | 15.94 | 0.00 | 478.41 |
| **Totals for North Coast Pizza Inc.** | | | | 3124.41 | 55.08 | 0.00 | 540.00 | 3719.49 | 299.63 | 284.56 | 56.99 | 83.68 | 0.00 | 2454.63 |